UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
 :
L.A., *individually and on behalf of R.H.* :
                                      Plaintiff, :     20 Civ. 973 (LGS)
 :
                 -against- :     <u>ORDER</u>
 :
NEW YORK CITY DEPARTMENT OF :
EDUCATION, :
 :
                                Defendant. X
-------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

WHEREAS, per Order dated April 21, 2020, at Docket No. 10, Defendant was granted an extension to file an answer other responsive pleading by June 26, 2020. Defendant has not timely responded to the Complaint or sought an extension. It is hereby

**ORDERED** that Defendant shall answer or otherwise respond by **July 2, 2020**.

Dated: June 29, 2020
       New York, New York

                                                   LORNA G. SCHOFIELD
                                             **UNITED STATES DISTRICT JUDGE**