UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
L.A., *individually and on behalf of R.H.*                  :
                                            Plaintiff,      :      20 Civ. 973 (LGS)
                                                            :
                -against-                                   :      ORDER
                                                            :
NEW YORK CITY DEPARTMENT OF                                 :
EDUCATION,                                                  :
                                                            :
                                            Defendant.   X
------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiff filed a Complaint on February 5, 2020, (Dkt. No. 1) bringing an action pursuant to the fee shifting provisions of the Individuals with Disabilities Education Improvement Act ("IDEA"), 20 U.S.C. § 1415(i)(3), and Defendant filed its Answer on June 30, 2020, (Dkt. No. 12).  It is hereby

ORDERED that by **July 9, 2020**, the parties shall file a joint letter indicating whether they consent to conduct all further proceedings before Magistrate Judge Cott, in compliance with Rule 73.1 of the Local Civil Rules for the Southern and Eastern Districts of New York.  If the parties do not consent, the joint letter shall indicate whether the parties would like a referral for settlement conference before Judge Cott.  It is further

ORDERED that if the parties do not consent to further proceedings or a settlement conference before Judge Cott, the status letter shall include a proposed briefing schedule for Plaintiff's application for costs, expenses, attorneys' fees and prejudgment interest.

Dated: July 2, 2020
       New York, New York

                                           _____
                                           **LORNA G. SCHOFIELD**
                                           **UNITED STATES DISTRICT JUDGE**